DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERONICA PALMER,**
Appellant,

v.

**U.S. BANK TRUST, N.A., et al.,**
Appellees.

No. 4D19-1911

[June 4, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case No. CACE16-019096.

Samuel D. Lopez of Samuel D. Lopez, P.A., Pembroke Pines, for appellant.

David Rosenberg and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee U.S. Bank Trust, N.A.

PER CURIAM.

*Affirmed.*[1]

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1]   We are mindful of the issuance of Administrative Order SC20-23, Amendment 2 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-137 (extending, until 12:01 a.m. on July 1, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law).  We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.